# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| BASIL BROWN and YVONNE BROWN | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-2826-S-BN |
| GATEWAY MORTGAGE GROUP, LLC | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED March 18, 2025.

_____
**UNITED STATES DISTRICT JUDGE**